**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  6:11-cv-1655-Orl-31GJK**

**KEVIN J. COLUCCI,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion for Default Judgment (Doc. No. 10) filed January 3, 2012.

On January 12, 2012, the United States Magistrate Judge issued a report (Doc. No. 11) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. The Clerk is directed to enter default judgment against Defendant in the following amounts:

    a. $112,244.04 in principal;

    b. $44,947.92 in interest accrued as of August 25, 2011;

    c. Interest accruing at eight percent (8%) per year, a daily rate of $24.58, after August 25, 2011, until the date of judgment; and

    d. Postjudgment interest.

4. After entering judgment, the Clerk shall close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 30th day of January, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party